**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE COALITION TO PROTECT AMERICA'S NATIONAL PARKS,
ECOLOGICAL COLLECTIVE, USVI, INC.

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES NATIONAL PARK SERVICE, EXECUTIVE OFFICE OF THE PRESIDENT, AND, IN THEIR OFFICIAL CAPACITIES, PRESIDENT DONALD J. TRUMP, SUSIE WILES, DOUGLAS BURGUM, JESSICA BOWRON, DARRELL ECHOLS, AND PENELOPE DEL BENE.

*Defendants*.

CIVIL ACTION NO: 1:26-cv-03738

OCTOBER 26, 2026

**MOTON FOR PRELIMINARY INJUNCTION**

The defendants have illegally authorized a 150-acre, 60-year lease to a resort developer of national park land on Caneel Bay, St. John in the United States Virgin Islands National Park. Further, they are doing this under illegal terms that contradict a formal environment study and finding by the National Park Service. The Park Service has received bids for the lease under this illegal scheme and is on the verge of picking a winner.

Under Federal Rule of Civil Procedure 65(a) and Local Civil Rule 65.1 (c) and (d), the plaintiffs respectfully move this Court for a preliminary injunction enjoining the defendants from continuing to evaluate bids under this scheme or, in the alternative from executing any lease for national park real estate at Caneel Bay together with other relief sought in the proposed order accompanying this motion, particularly requiring the preservation of the administrative record.

As set forth in the accompanying memorandum of law, the plaintiff is likely to succeed with it claims. It will face irreparable harm unless this motion is granted and the balance of the equities and the public interest strongly favor that the Court should grant this motion.

As explained in the accompanying memorandum of law, further action by the Park Service is imminent. Therefore, the plaintiffs respectfully request a hearing or a decision on this motion on the papers within 21 days of its filing as provided under Local Civil Rule 65.1 (d). No testimony is required in support of this motion.

Therefore, the plaintiff requests that the Court grant this motion and issue a preliminary injunction along with any additional relief that the Court deems just.

Respectfully submitted,

_______________________________

Thomas G. Moukawsher
Law Office of Thomas G. Moukawsher
D.C. District Court Bar ID: CT0030
Connecticut Bar No. 305363
70 Tyler Avenue
Groton, CT 06340
(860) 235-0406
moukawsher@gmail.com

Counsel for plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026 I served a copy of the foregoing and all other documents associated with the plaintiffs' motion for preliminary injunction by email and overnight mail as follows:

**Eric J. Hamilton,** Deputy Assistant Attorney General, Federal Programs Branch, DOJ
Eric.hamilton@usdoj.gov.

**Alex Haas,** Co-Director, Federal Programs Branch, DOJ
Alex.haas@usdoj.gov.

**John Griffiths,** Co-Director, Federal Programs Branch, DOJ
John.griffiths@usdoj.gov.

**U.S. Attorney's Office for the District of Columbia**: USADC.ServiceCivil@usdoj.gov.

**Douglas Burgum,** Secretary of the Interior: Douglas.burgum@ios.doi.gov.

**Jessica Bowron,** Acting Director, National Park Service: Jessica_bowron@nps.gov.

**Darell Echols,** Acting Regional Director of Region 2 of the National Park Service:
darell_echols@nps.gov.

**Penelope Del Bene**, Superintendent of the Virgin Islands National Park,
penelope_del_bene@nps.gov.

**U.S. Department of the Interior**
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW, MS-6511
Washington, DC 20240

**Douglas Burgum**
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW, MS-6511
Washington, DC 20240

**National Park Service**
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW, MS-6511
Washington, DC 20240

**Jessica Bowron**
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW, MS-6511
Washington, DC 20240

**President Donald J. Trump**
Executive Office of the President
Office of the White House Counsel
1600 Pennsylvania Avenue, NW
Washington, DC 20500

**Susie Wiles**
Executive Office of the President
Office of the White House Counsel
1600 Pennsylvania Avenue, NW
Washington, DC 20500

**Executive Office of the President**
Office of the White House Counsel
1600 Pennsylvania Avenue, NW
Washington, DC 20500

**Darell Echols**
National Park Service
100 Alabama Street SW, 1924 Building, 6th Floor
Atlanta, GA 30303;

**Penelope Del Bene**
Virgin Islands National Park
1300 Cruz Bay Creek St. John, VI 00830.

**Jeanine Ferris Pirro**
**U.S. Attorney for the District of Columbia**
Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530

**Todd Blanche**
Attorney General of the United States
Attn: Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

___________________________

By Thomas G. Moukawsher
Law Office of Thomas G. Moukawsher
D.C. District Court Bar ID: CT0030
Connecticut Bar No. 305363
70 Tyler Avenue, Groton, CT 06340
(860) 235-0406
moukawsher@gmail.com

Attorney for Plaintiffs