**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COALITION FOR THE PROTECTION OF AMERICA'S NATIONAL PARKS, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF INTERIOR, *et al.*,

Defendants.

Case No.1:26-cv-03738-CJN

# JOINT STATUS REPORT

In response to the Court's Minute Order dated October 26, 2026, the parties stipulate:

The parties respectfully request that the Court enter an order as follows:

1. The defendants will provide the plaintiffs with thirty days' notice before entering into any agreement with a third party for resort development on national park land at Caneel Bay, St. John, USVI. Notice will be provided by email from defendants' counsel of record to plaintiffs' counsel of record.

2. Following the entry of the order referred to in paragraph one, the plaintiffs will withdraw without prejudice the preliminary injunction motion presently pending before the Court with the right to refile such motion or a temporary restraining order and rely, if they choose, on their prior memorandum of law, declarations, and exhibits.

3. The parties respectfully request that the Court enter the following scheduling order:

    a. The defendants will file any motion to dismiss no later than December 28, 2026;
    b. The plaintiffs will file any objection to a motion to dismiss no later than January 19, 2027;
    c. The defendants will file any reply to any objection to a motion to dismiss no later than January 26, 2027;
    d. The parties will orally argue any motion to dismiss at the Court's discretion;
    e. The defendants will file an answer to the complaint along with the administrative record no later than twenty-one days following the Court's

decision on any motion to dismiss, if the decision does not dismiss the case in its entirety, or, if no motion to dismiss is filed, no later than December 28, 2026.

f. The plaintiffs will file any motion for summary judgment no later than thirty days after the filing of the administrative record.

g. The defendants will file any opposition to plaintiffs' motion for summary judgment and/or their own motion for summary judgment no later than thirty days after the filing of the plaintiffs' motion or thirty-five days after the filing of the administrative record if the plaintiffs do not file a motion for summary judgment.

h. The plaintiffs' reply brief and opposition brief on summary judgment will be filed thirty days after the filing of any summary judgment brief filed by the defendants.

i. The defendants' reply brief and the parties' joint appendix will be filed thirty days after the filing of the plaintiff's reply and opposition brief.

4. At this time, without prejudice, the parties do not anticipate factual disputes between affiants.

**A proposed order is attached.**

Dated: October 28, 2026

For the Plaintiffs:

/s/ Thomas G. Moukawsher

______________________________

Thomas G. Moukawsher
Law Office of Thomas G. Moukawsher
D.C. District Court Bar ID: CT0030
Connecticut Bar No. 305363
70 Tyler Avenue
Groton, CT 06340
(860) 235-0406
moukawsher@gmail.com

For the Defendants:

Adam R. F. Gustafson
Principal Deputy Assistant Attorney General

/s/ Michelle Nkeng (with permission)
________________________________
Michelle Nkeng (DC Bar 1617481)
Natural Resources Section
Energy & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Michelle.Nkeng@usdoj.gov